Tristan G. Pelayes, Esq., CA Bar No. 206696
WAGNER & PELAYES, LLP
1325 Spruce Street, Suite 200
Riverside, CA 92507
Telephone:  (951) 686-4800
tgp@wagner-pelayes.com

Attorneys for Defendants,
CITY OF SAN BERNARDINO; and
OFFICER DAVE GREEN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ROVINSKI RENTER,<br><br>        Plaintiff,<br><br>        vs.<br><br>CITY OF SAN BERNARDINO;<br>OFFICER DAVE GREEN and<br>DOES 1 through 10, Inclusive,<br><br>        Defendants. | CASE NO.:<br>CV11-07222 GAF (CWx)<br><br>[PROPOSED] PROTECTIVE ORDER<br><br>***Note modifications made by Court***<br><br>Discovery Matter before the Honorable Carla Woehrle, Magistrate Judge of U.S. Dist. Court for the Central District of California<br><br>*Action Filed:  August 31, 2011*<br>*Trial Date: December 4, 2012*<br><br>*Hon. Gary A. Feess* |

///

1

TGP:et

1       Good cause appearing, and upon stipulation of the parties'
2   JOINT STIPULATION FOR PROTECTIVE ORDER **as modified by**
3   **the Court and as attached**:
4       It is HEREBY ORDERED and APPROVED, upon the foregoing
5   JOINT STIPULATION FOR PROTECTIVE ORDER, **as modified,** that
6   any items and all documents responsive to Plaintiff ROVINSKI
7   RENTER Request Nos. 1, 2, 23, 24, 25, 26, and 28 referenced in
8   Plaintiff's Request for Production of Documents (Set One)
9   propounded to the CITY OF SAN BERNARDINO [collectively
10  "Confidential Material"], shall be disclosed to counsel for the parties
11  in accordance with the foregoing JOINT STIPULATION, **as modified**.
12      APPROVED AND SO ORDERED:
13
14  DATED: June 7, 2012 _____/ s/_____
15                  THE HONORABLE CARLA WOEHRLE
16                  U. S. DISTRICT COURT MAGISTRATE JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

TGP:et

~~[PROPOSED]~~ PROTECTIVE ORDER